UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION** | Case No. 3:11-md-02295-JAH(BGS)<br><br>Hon. John A. Houston<br>Hon. Bernard G. Skomal<br><br>THIS DOCUMENT RELATES TO:<br>    No. 13-cv-01090 (TL) (*Drong*)<br><br>**ORDER OF DISMISSAL OF *SHUFORD* MEMBER CASE WITH PREJUDICE** |

This cause is before the Court on the Stipulation of Dismissal with Prejudice, filed by Plaintiff Loralyn Drong and Defendant Portfolio Recovery Associates, LLC, regarding said parties' stipulation to dismiss the member case *Drong v. Portfolio Recovery Associates, LLC*, 13-cv-01090 (TL) ("the *Drong* action"), with prejudice and with each party to bear its own costs and attorneys' fees. On proof made to the satisfaction of the Court, and based on the parties' stipulation, the Court finds that the *Drong* action must be dismissed with prejudice and with each party to bear its own costs and attorneys' fees.

Based on the foregoing:

**IT IS ORDERED** that:

1. All claims and counterclaims that were or might have been asserted in the *Drong* action are dismissed, pursuant to the parties' settlement agreement and to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and with each party to bear its own costs and attorneys' fees.

2. The Clerk of this Court shall transmit a copy of this Order to the Clerk of the United States Judicial Panel on Multidistrict Litigation. *See* J.P.M.L. Rule 10.1 ("Where the transferee district court terminates an action by valid order, including but not limited to summary judgment, judgment of dismissal and judgment upon stipulation, the transferee district court clerk shall transmit a copy of that order to the Clerk of the Panel."). The *Drong* action shall not be remanded to the transferor court, and this Court shall retain the original files and records, unless the transferee judge or the Panel directs otherwise. *Id.*

DATED: May 12, 2016

_____
Hon. John A. Houston

86738578.1